UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JONATHAN PEARSON and**
**CATHY PEARSON,**

    *Plaintiffs*,

v.                                              Case No. 5:25-CV-0838-JKP-HJB

**DEPUTY VICTOR LOMELI; DEPUTY JD**
**AGUILAR; COMAL COUNTY SHERIFF'S**
**OFFICE; and COMAL COUNTY, TEXAS,**

    *Defendants*.

### ORDER STRIKING MOTION and
### EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

    Before the Court is a Motion to Dismiss (ECF No. 9) filed by Defendants Comal County, Texas and Comal County Sheriff's Office, pursuant to Fed. R. Civ. P. 12(b)(6). Movants have shown no compliance or attempted compliance with the conference requirements set out in this Court's Standing Order in Civil Cases Assigned to Judge Jason Pulliam (ECF No. 3). Accordingly, the Court **STRIKES** the motion to dismiss without prejudice to refiling after these defendants comply with the Standing Order. In accordance with Fed. R. Civ. P. 12(b)(4), the Court hereby **EXTENDS** the time for these defendants to answer or otherwise respond to the Complaint (ECF No. 1) to **September 22, 2025**.

    IT is so ORDERED.

    SIGNED this 21ts day of August 2025.

                                                    **JASON PULLIAM**
                                                    **UNITED STATES DISTRICT JUDGE**