IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JONATHAN PEARSON and<br>CATHY PEARSON,<br>　*Plaintiffs*,<br><br>v.<br><br>DEPUTY VICTOR LOMELI,<br>DEPUTY JD AGUILAR, COMAL<br>COUNTY SHERIFF'S OFFICE, and<br>COMAL COUNTY, TEXAS,<br>　*Defendants*. | Case No. 5:25-cv-00838-JKP-HJB |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' COMAL COUNTY AND COMAL COUNTY SHERIFF'S OFFICE'S MOTION TO DISMISS**

**TO THE HONORABLE JUDGES OF THE FIFTH CIRCUIT:**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Rule 15(a)(1)(B), Plaintiffs Jonathan Pearson and Cathy Pearson respectfully move for an extension of time to respond to Defendants Comal County and the Comal County Sheriff's Office's Motion to Dismiss (ECF No. 9), and would respectfully show as follows:

### I.    PROCEDURAL HISTORY AND PRIOR EXTENSIONS

1.    Defendants filed their Rule 12(b)(6) Motion to Dismiss Plaintiffs' Original Complaint on August 20, 2025.[1]

2.    Plaintiffs' response is currently due on November 5, 2025.

3.    Plaintiffs request a three-week extension, up to and including November 26, 2025, to file their response. The additional time is necessary to allow counsel to complete briefing in other

---

[1] Ex A – Defendants' Motion to Dismiss

overlapping matters and to prepare a thorough and complete response addressing the constitutional and Monell issues raised in Defendants' motion.

4. This request is made in good faith and not for purposes of delay. No party will be prejudiced by the brief extension

## II.     GOOD CAUSE EXISTS

5. Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend the time for filing a response for good cause shown.

6. Good cause exists for the requested extension. Plaintiffs' counsel is presently engaged in multiple overlapping pretrial deadlines and dispositive motion filings in other federal and state matters, including cases involving similar constitutional and Monell issues. The additional time will allow counsel to fully research and address the complex legal and factual arguments raised in Defendants' Motion to Dismiss—particularly the questions of municipal liability, policymaker responsibility, and the jural capacity of the Comal County Sheriff's Office—without burdening the Court with incomplete briefing.

7. This motion is filed before the expiration of the current response deadline, is made in good faith, and is not sought for purposes of delay. The requested extension will not prejudice Defendants or delay these proceedings.

## III.    PREJUDICE AND INTEREST OF JUSTICE

8. Granting this brief extension will not prejudice Defendants. The case remains in its early pleading stage, and the short delay will impact no scheduling order or discovery deadlines.

9. Allowing Plaintiffs additional time to prepare their response will serve the interests of justice by ensuring that the constitutional and municipal liability issues raised are fully and

properly briefed, enabling the Court to resolve Defendants' motion on its merits rather than on procedural grounds.

10. The requested extension is modest, reasonable, and aligned with the principles of judicial efficiency and fairness.

### IV. CERTIFICATE OF CONFERENCE

11. Pursuant to Fifth Circuit Rule 27.4, the undersigned certifies that on October 24, 2025, counsel conferred in good faith with defense counsel regarding the requested relief. Defendants do not oppose. Accordingly, this motion is submitted as unopposed.

### V. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court, for good cause shown, grant an extension of three (3) weeks, up to and including November 26, 2025, to file their Response to Defendants' Motion to Dismiss (ECF No. 9). Plaintiffs further pray for such other and further relief to which they may be justly entitled.

Respectfully,

/s/ Alfonso Bafidis
Alfonso Bafidis
SBN: 24122795
BAFIDIS LAW INJURY FIRM, P.L.L.C.
P.O. Box 792
Helotes, Texas 78023
T: 210-942-6633
E: alfonso@bafidislaw.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2025, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons through the same mandatory electronic filing and service system (CM/ECF), and I certify service on the same day on each person via e-mail at the respective email addresses registered with this Court:

**VIA E-FILE:**
Stephen B. Barron
Blair J. Leake
Wright & Greenhill, P.C.
4700 Mueller Blvd., Suite 200
Austin, Texas 78723
E: sbarron@w-g.com
E: bleake@w-g.com
*Attorneys for Defendants*

*/s/ Alfonso Bafidis*
Alfonso Bafidis